| | AUSA | Robert W VanWert | Telephone | (313) 226-9776 |
| --- | --- | --- | --- | --- |
| AO 91 (Rev 11/11) Criminal Complaint | Special Agent | Arkin G Fout | Telephone | (313) 226-0445 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan



United States of America

v

Ali Kareem Al-Hisnawi

Case  2 20-mj-30029
Judge  Unassigned,
Filed  01-22-2020
CMP  USA v AL-HISNAWI (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief

On or about the date(s) of _____ December 20, 2019 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated

| Code Section | Offense Description |
| --- | --- |
| 18 U S C  115(a)(1)(B) | Threatening a Federal Official |

This criminal complaint is based on these facts

See attached affidavit

☑ Continued on the attached sheet

_____
Complainant s signature

Special Agent Arkin G  Fout, HSI Agent
Printed name and title

Sworn to before me and signed in my presence

Date  January 22, 2020

City and state  Detroit, Michigan

_____
Judge's signature

Elizabeth A  Stafford, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

vs

Alı Kareem AL-HISNAWI

aka "MOLEY"

Case No _____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Arkın G  Fout, beıng first duly sworn, hereby depose and state as follows

## INTRODUCTION AND AGENT BACKGROUND

1        I make this affidavıt ın support of a Crimınal Complaınt and Warrant authorizıng

the arrest of Alı Kareem AL-HISNAWI aka "MOLEY" for Threatenıng to Assault/Kıll a Federal

Law Enforcement Officer, ın vıolatıon of 18 U S C  §§ 115(a)(1)(B)

2        I am a Specıal Agent wıth the Unıted States Department of Homeland Securıty

(DHS), Homeland Securıty Investıgatıons (HSI), and have been sınce March 9, 2003   I am a

graduate of the Federal Law Enforcement Traınıng Center at Glynco, Georgıa   I have attended

and successfully completed multıple traınıng programs whıle at the Federal Law Enforcement

Traınıng Center, ıncludıng Immıgratıon Officer Basıc Traınıng Course/Integrated Polıce

Traınıng, Immıgratıon and Customs Enforcement Specıal Agent Traınıng, and the Crimınal

Investıgator Traınıng Program   I have also completed extensıve traınıng at the Natıonal Center

for Credıbılıty Assessment (NCCA) at Fort Jackson, South Carolına to become a federally

certıfied polygraph examıner   My officıal dutıes ınclude conductıng ınvestıgatıons ınvolvıng

vıolatıons of any Federal laws wıthın the jurısdıctıon of the U S  Department of Homeland

Securıty (DHS), as well as any other crimınal offense commıtted agaınst the Unıted States

3       The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter

4       Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 United States Code, Section 115(a)(1)(B) (Threatening to Assault/Kill a Federal Law Enforcement Officer) (hereinafter TARGET OFFENSE) has been committed by Ali Kareem AL-HISNAWI (hereinafter TARGET SUBJECT)

## PROBABLE CAUSE

5       TARGET SUBJECT is a native of Saudi Arabia and a citizen of Iraq

6       Joseph Camaj is employed as a United States Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officer (DO)

7       On or about February 12, 2014, Deportation Officer (DO) Joseph Camaj was assigned as the case officer of the TARGET SUBJECT

8       On or about March 28, 2014, the TARGET SUBJECT was ordered removed from the United States to Iraq, or in the alternative to Saudi Arabia

9       The TARGET SUBJECT was transferred to United States Marshal Service (USMS) custody on September 15, 2014 due to pending federal criminal charges

10      On or about June 5, 2018, in a final order, the TARGET SUBJECT was ordered removed from the United States to Iraq

11      On December 19, 2018, the TARGET SUBJECT was released from ICE custody on an Order of Supervision (OSUP)

2

12      As part of the TARGET SUBJECT's release on an Order of Supervision (OSUP),

the TARGET SUBJECT was placed in the Alternatives to Detention program (ATD) and was

ordered to be monitored via a GPS tether

13      On or about December 19, 2018, DO Joseph Camaj was once again assigned to

TARGET SUBJECT as his case officer

14      On July 12, 2019, the defendant was ordered to report to Detroit Metro Airport on

July 16, 2019 at 3 00pm for departure from the United States

15      On July 15, 2019, TARGET SUBJECT was terminated from the Alternatives to

Detention (ATD) program after TARGET SUBJECT cut his tether and absconded from ICE

supervision

16      On December 19, 2019, TARGET SUBJECT was arrested by the Detroit Police

Department on a complaint of allegedly assaulting members of his family

17      On December 19, 2019, ICE ERO lodged an immigration detainer with the

Detroit Detention Center for the TARGET SUBJECT

18      On December 20, 2019, TARGET SUBJECT was released by the Detroit Police

Department and transferred into the custody of ICE ERO and subsequently transported to the

U S  Marshals Service (USMS) by ICE ERO due to a federal arrest warrant that had been issued

for TARGET SUBJECT for violating the terms of his supervised release

19      On December 20, 2019, while awaiting TARGET SUBJECT's transfer to the

USMS, and while detained within an ICE ERO Detention Vehicle, TARGET SUBJECT

spontaneously began making threatening statements in which TARGET SUBJECT threatened to

assault and kill Deportation Officer Camaj  These statements were witnessed by two

3

Deportation Officers and were audio recorded on the cell phone belonging to one of these officers

20      On December 20, 2019, your Affiant obtained a copy of the audio recording of these statements as well as statements from the officers who had witnessed TARGET SUBJECT making these threats

21      During this audio recording TARGET SUBJECT states, "I can't wait to bang his face in   " "I wanna fight that nigga   " "I catch Camaj, I'm killing him in his office I'm shutting that door and I'm stabbing him up I'm stabbing that bitch up   on my mama nigga my dead brother Hassan nigga I catch Camaj, I'm fucking him up Common Camaj   you want to talk that gang gang Camaj Let's go   let's go nigga   "

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

## CONCLUSION

22      Based on the above stated facts, there is probable cause to believe that on or about

December 20, 2019, in the Eastern District of Michigan, defendant Ali Kareem AL-HISNAWI

aka "MOLEY," did violate Title 18 United States Code, Section 115(a)(1)(B) (Threatening to

Assault/Kill a Federal Law Enforcement Officer)

Respectfully submitted,

Arkin G  Fout
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence this 22nd day of January 2020

HONORABLE ELIZABETH A  STAFFORD
UNITED STATES MAGISTRATE JUDGE